AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeague, David W. | U.S. Court of Appeals - Sixth | 5/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals
315 W. Allegan Street
Lansing, MI 48933

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Pine Rest Christian Mental Health Services |
| 2. | Adjunct Professor | Michigan State University College of Law |
| 3. | Board Member | Michigan State University College of Law |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Michigan State University College of Law (approved teaching) | $25,883.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Michigan Health & Hospital Association - wages |
| 2. 2018 | Accident Fund Insurance Company - director's |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | B | Dividend | K | W | | | | | |
| 2. PNC | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | | | | | | | | | |
| 5. Schwab US Treasury Money Fund | A | Dividend | | | | | | | |
| 6. Vanguard 500 Index Admiral | D | Dividend | N | T | Sold (part) | 01/18/18 | K | C | |
| 7. Touchstone Sands Capital Inst Gr | C | Dividend | K | T | | | | | |
| 8. Sterling Capital Stratton SmCp Val Instl | B | Dividend | K | T | | | | | |
| 9. Harbor International Retirement | | None | | | Sold | 09/07/18 | L | A | |
| 10. Harding Loevner Instl Emerg Mkts I | A | Dividend | K | T | | | | | |
| 11. PIMCO Income Instl | B | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 12. MFS International Value R6 | C | Dividend | L | T | Sold (part) | 01/18/18 | J | B | |
| 13. Sterling Capital Equity Income Instl | C | Dividend | K | T | | | | | |
| 14. Federated Total Return Bond R6 | C | Dividend | M | T | Buy (add'l) | 01/18/18 | K | | |
| 15. | | | | | Sold (part) | 03/21/18 | K | A | |
| 16. Metropolitan West Total Return Bd I | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 17. | | | | | Sold (part) | 03/21/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Developed Markets Index Admiral | B | Dividend | L | T | Sold (part) | 01/18/18 | J | A | |
| 19. Vanguard Extended Market Index Admiral | A | Dividend | L | T | Sold (part) | 01/18/18 | J | C | |
| 20. American Beacon Small Cp Val Inst | C | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 21. T. Rowe Price Instl Mid-Cap Equity Gr | C | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 22. American Funds Europacific Growth F3 | B | Dividend | L | T | Buy | 09/07/18 | K | | |
| 23. Blackrock Strategic Income Opps Instl | A | Dividend | K | T | Buy | 03/21/18 | K | | |
| 24. Schwab Bank Sweep | A | Dividend | K | T | | | | | |
| 25. MI Health & Hospital Association - (401K) | A | Dividend | N | T | | | | | |
| 26. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 27. IRA 2 | | | | | | | | | |
| 28. Schwab US Treasury Money Fund | A | Dividend | | | | | | | |
| 29. Vanguard 500 Index Admiral | B | Dividend | L | T | | | | | |
| 30. Touchstone Sands Capital Inst Gr | B | Dividend | J | T | | | | | |
| 31. Harding Loevner Instl Emerg Mkts I | | None | | | Sold | 01/05/18 | J | C | |
| 32. Harbor International Retirement | | None | | | Sold | 09/07/18 | K | A | |
| 33. PIMCO Income Instl | A | Dividend | J | T | | | | | |
| 34. MFS International Value R6 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sterling Capital Equity Income Instl | B | Dividend | J | T | | | | | |
| 36. Federated Total Return Bond R6 | B | Dividend | L | T | Buy (add'l) | 01/05/18 | J | | |
| 37. | | | | | Sold (part) | 03/21/18 | J | A | |
| 38. Metropolitan West Total Return Bd I | B | Dividend | L | T | Buy (add'l) | 01/05/18 | J | | |
| 39. | | | | | Sold (part) | 03/21/18 | J | A | |
| 40. Vanguard Developed Markets Index Admiral | A | Dividend | J | T | | | | | |
| 41. Vanguard Extended Market Index Admiral | A | Dividend | K | T | | | | | |
| 42. American Beacon Small Cp Val Inst | B | Dividend | J | T | | | | | |
| 43. T. Rowe Price Instl Mid-Cap Equity Gr | B | Dividend | J | T | | | | | |
| 44. American Funds Europacific Growth F3 | A | Dividend | K | T | Buy | 09/07/18 | K | | |
| 45. Blackrock Strategic Income Opps Instl | A | Dividend | K | T | Buy | 03/21/18 | K | | |
| 46. Schwab Bank Sweep | A | Dividend | J | T | | | | | |
| 47. MI Health & Hosp. Assoc. deferred comp plan | A | Dividend | N | T | | | | | |
| 48. IRA 4 | | | | | | | | | |
| 49. Schwab US Treasury Money Fund | A | Dividend | | | | | | | |
| 50. Vanguard 500 Index Admiral | A | Dividend | K | T | | | | | |
| 51. Sterling Capital Stratton SmCp Val Instl | A | Dividend | J | T | Sold (part) | 11/16/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Income Instl | A | Dividend | J | T | | | | | |
| 53. Federated Total Return Bond R6 | A | Dividend | K | T | | | | | |
| 54. Metropolitan West Total Return Bd I | A | Dividend | K | T | | | | | |
| 55. Schwab Bank Sweep | A | Dividend | J | T | | | | | |
| 56. Joint Revocable Trust | | | | | | | | | |
| 57. Schwab US Treasury Money Fund | A | Dividend | | | | | | | |
| 58. Harding Loevner Instl Emerg Mkts I | A | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |
| 59. Harbor International Retirement | | None | | | Sold | 09/07/18 | J | A | |
| 60. MFS International Value R6 | A | Dividend | K | T | | | | | |
| 61. Vanguard 500 Index Admiral | A | Dividend | J | T | | | | | |
| 62. Vanguard Developed Markets Index Admiral | A | Dividend | K | T | | | | | |
| 63. American Funds Europacific Growth F3 | | None | | | Buy | 09/07/18 | J | | |
| 64. | | | | | Sold | 12/18/18 | J | A | |
| 65. Vanguard International Growth Adm | | None | J | T | Buy | 12/18/18 | J | | |
| 66. Schwab Bank Sweep | A | Dividend | J | T | | | | | |
| 67. MSU Federal Credit Union | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 5/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. McKeague**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544